AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| Michael Edward Burr, Jr. | ) | 5:20-mj-1171-PRL |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ October 28, 2020 _____ in the county of _____ Citrus _____ in the
_____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2) | Possession of Child Pornography (after prior conviction for Possession of Child Pornography) |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

SA David Moreno, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____ 10/28/2020 _____

_Judge's signature_

City and state: _____ Ocala, Florida _____      Philip R. Lammens, United States Magistrate Judge
_Printed name and title_

STATE OF FLORIDA                    MDFL CASE NO.  5:20-mj-1171-PRL

COUNTY OF MARION

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, David F. Moreno, being duly sworn, state as follows:

## INTRODUCTION

1.      I am a Special Agent (SA) with the Federal Bureau of Investigation

(FBI) and have been so employed since October 27, 2019. Accordingly, I am a

"Federal Law Enforcement Officer" within the meaning of Federal Rule of Criminal

Procedure 41(a)(2)(C).  I am currently assigned to the Jacksonville (Florida) Division

of the FBI where I conduct a variety of investigations in the area of criminal matters

including the investigation of crimes against of children. In the performance of my

duties, I have investigated and assisted in the investigation of criminal matters

involving the sexual exploitation of children in violation of 18 U.S.C. § 2252A. I

have experience in searches pertaining to the possession, collection, production, and

transportation of child pornography.

2.      The statements contained in this affidavit are based on my personal

knowledge as well as on information provided to me by other law enforcement

officers and personnel.  Because this affidavit is being submitted for the limited

purpose of establishing probable cause for an arrest, I have not included each and

1

every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause.

## STATUTORY AUTHORITY

3.      This investigation concerns alleged violations of 18 U.S.C. § 2252A, relating to material involving the sexual exploitation of minors. Based upon my training and experience, I know the following:

a.      18 U.S.C. § 2252A(a), in pertinent part, prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, possessing, or accessing with intent to view any child pornography, as defined in 18 U.S.C. § 2256(8), using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, including by computer.

b.      18 U.S.C. § 2252A(a)(5)(B) prohibits a person from knowingly possessing or knowingly accessing with intent to view any book, magazine, periodical, film, videotape, computer disk, or other material that contains an image of child pornography that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer.

2

c.    The internet is a facility of interstate commerce.

## BACKGROUND OF INVESTIGATION AND
## FACTS ESTABLISHING PROBABLE CAUSE

4.    Based on the following information, I submit that probable cause exists

to believe that that Michael Edward Burr, Jr. (hereinafter "Burr Jr.") possessed child

pornography after having been previously convicted of possession of child

pornography, in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2).

5.    Burr Jr. was a target of a previous FBI investigation in 2014, in which

he was suspected of possession of child pornography videos.  A search warrant for a

residence associated with Burr Jr. (8405 Forest Drive in Traverse City, Michigan)

was signed on July 28, 2014.  The affidavit for that search warrant noted that

telephone number (231) 357-6149 was identified as Burr Jr.'s phone number as far

back as 2014.   At the conclusion of the investigation, Burr. Jr. pled guilty and was

convicted of Michigan state felony criminal charges of possession of child sex abuse

material on October 8, 2014.  He was also ordered to register as a sex offender, and

his Florida sex offender registry information is current as of the date of this affidavit.

6.    On January 30, 2020, Snapchat sent Cybertip #63745322 to the

National Center for Missing & Exploited Children (NCMEC).  The Cybertip

concerned two images which were uploaded to a publically-viewable Snapchat

account. The images depicted child sexual abuse. The images were uploaded by an

account with the username "Xlitany" and associated with the email address "xlitany@gmail.com." The two images are described below:

    a.    Image #1, Name: f64fab1d-3e2a-4bcb-961b-afecbb3e5e1b_CHAT_MEDIA_1579359449679.jpeg.

        i)  The image depicts a female who appears to be under ten years old. This is based upon the female's lack of pubic hair and small overall physical structure. Her vagina is the focal point of the photo and is being spread open by finger which appear to belong to an adult male (the knuckles have visible hair on them).

    b.    Image #2, Name: f64fab1d-3e2a-4bcb-961b-afecbb3e5e1b_CHAT_MEDIA_1579354156837.jpeg

        ii)  The image depicts a female who appears to be under ten years old. This is based upon the female's lack of pubic hair and small overall physical structure. Her vagina is the focal point of the photo and there is also a hand near the vagina.

    7.    On April 3, 2020, Google provided the following information pertaining to the e-mail address xlitany@gmail.com in response to an administrative subpoena:

- Google account ID: 924793760107
- Name: Michael Burr

- Created on: 12/16/2015
- Terms of service IP: 68.171.247.40 (located to Canada)
- Recovery SMS: (231) 357-6149

The recovery SMS phone number matches the phone number on record with the FBI for Burr Jr.. This is the same phone number that was associated with him as far back as the 2014 investigation.

8.    On April 3, 2020, via administrative subpoena, Verizon Wireless provided information pertaining to a unique Snapchat Login IP address 2600:1006:b16e:83ee:f09f:543:bbcc:9636, which is the same IP address reported in Cybertip #63745322 referenced in Paragraph 11 above:

- Account number: 683064481-1
- Address Line: 98 DAISY ST
- City: Homosassa
- State: FL
- Zip Code: 34446-6004
- Phone No.1: (231) 995-9896
- Phone Type1: H
- Phone No.2: (231) 631-5209
- Phone Type2: W

The account is in the name of S.B., a relative of Michael Edward Burr, Jr.. Per

Florida's DAVID (Driver and Vehicle Information Database) system and the
Accurint Lexisnexis database, this individual resides together with Burr Jr. at the
Homosassa residence and has lived with Burr Jr. there since approximately
November 2018.  This period is believed to encompass the time period when the
images were posted to Snapchat.

      9.     On April 13, 2020, Charter Communication provided information via
administrative subpoena derived from Google Login IPs pertaining to IP address
2603:9000:7f11:d000:bda5:c307:64af:123a.  This IP address was used to access the
email address xlitany@gmail.com on January 26, 2020.  It is also in the name of
S.B..

- Subscriber Address: 98 DAISY ST, HOMOSASSA, FL 34446-6004
- Username or Features: N/A
- Phone number: (727) 348-8842

      10.    On June 16, 2020, Snapchat provided the following information
pertaining to the Snapchat username "Xlitany":

- Display name: Michael
- Phone number: (231) 357-6149
- E-mail address: xlitany@gmail.com
- Account created: 4/7/2016
- Account creation IP: 97.85.63.63 located in Traverse City, MI

The recovery SMS phone number matches the phone number on record for Michael E. Burr Jr.. Burr Jr. lived on Ruby Street in Traverse City, MI with several relatives from November 2012 through June 2018.

11.    On October 28, 2020, federal agents executed a search warrant for the Homosassa residence. During the search of the residence, agents found a Galaxy S10 cellular telephone in a box in the closet of a bedroom used by Burr. Jr.. A preliminary forensic review of the contents of this device has uncovered at least five images of child pornography. One of the images of child pornography is the same image described above in Paragraph 6(a)(ii), except that the image is horizontally flipped. Forensic analysis of this and other devices used by Burr Jr. is ongoing.

12.    During the execution of the search warrant, agents interviewed Burr Jr.. During this interview, Burr Jr. was not handcuffed or otherwise restrained, and agents clearly explained to him that he was not in custody. When asked about the Snapchat account and email account (xlitany@gmail.com) described above, Burr Jr. stated that these accounts were his and that no one else had access to them. He also stated that the Galaxy S10 cellular telephone was his and that no one else had access to it. He denied knowledge or possession of the child pornography referenced above, and denied uploading any child pornography to Snapchat.

## CONCLUSION

13.    Based on the foregoing, I have probable cause to believe that that

Michael Edward Burr, Jr. possessed child pornography after having been convicted

of possession of child pornography, in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and

2252A(b)(2).

David F. Moreno, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this
___28___ day of October, 2020, at Ocala, Florida.

PHILIP R. LAMMENS
United States Magistrate

8